IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOYLE R. LITTLE, JR., ) | |
| ) | |
| Petitioner, ) | Case No. 1:11-cv-110-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| WILLIAM RYAN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on May 17, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on July 6, 2011 [4], recommends that the Petitioner's motion for leave to proceed *in forma pauperis* [1] be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI-Coal Township, where he is currently incarcerated, and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd Day of August, 2011;

IT IS ORDERED that the instant motion for leave to proceed *in forma pauperis* shall be, and hereby is, DENIED. IT IS FURTHER ORDERED that Petitioner shall pay the required filing fee within twenty (20) days from the date of this Order. Failure to do so may result in the dismissal of this action.

The Report and Recommendation of Magistrate Judge Baxter, filed on July 6, 2011 [4], is adopted as the opinion of the Court.

          s/ <u>Sean J. McLaughlin</u>
          SEAN J. McLAUGHLIN
          United States District Judge

Cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter