IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOYLE R. LITTLE, JR., )
)
       Petitioner, ) Case No. 1:11-cv-110-SJM-SPB
v. )
)
WILLIAM RYAN, *et al.,* )
)
       Respondents. )

# O R D E R

The instant petition for a writ of habeas corpus was received by the Clerk of Court on May 17, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on September 16, 2011 [7], recommends that this *habeas corpus* action be dismissed for Plaintiff's failure to prosecute. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI Coal Township, where he is incarcerated. No objections to the Report and Recommendation have been filed to date. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

       AND NOW, this 11th Day of October, 2011;

IT IS ORDERED that the instant case shall be, and hereby is, DISMISSED for Petitioner's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on September 16, 2011 [7] is adopted as the opinion of this Court.

          s/ <u>Sean J. McLaughlin</u>

          Sean J. McLaughlin
          United States District Judge

cc:    U.S. Magistrate Judge Baxter

      Michael C. Colville, Esq.

      WILLIAM HARRISON ALSTON
      1233 HALF STREET SW
      WASHINGTON, DC 20004